UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 CR 281 |
| | ) | |
| | ) | Hon. Elaine E. Bucklo |
| CARLOS MEZA, | ) | |
| Defendant. | ) | |

### DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

Carlos Meza, through his attorneys, Joshua Kutnick and Mina Zardkoohi, respectfully submits the following supplemental exhibits:

Exhibit 20:    An October 16, 2012 Joint Participation Agreement between Milwaukee McPherson and Renaissance Capital.

Exhibit 21:    A June 8, 2012 Joint Participation Agreement between Milwaukee McPherson and Renaissance Capital.

Exhibit 22:    A June 14, 2012 Renaissance Commitment Letter and Release Notice

Exhibit 23:    A June 14, 2012 Credit Suisse Account Summary for Renaissance Capital Group.

Exhibit 24:    A June 19, 2012 promissory note between Milwaukee McPherson and Renaissance Capital for $53,250.

Exhibit 25:    An April 8, 2013 Credit Suisse Account Summary for Renaissance Capital Group.

Exhibit 26:    A September 19, 2012 promissory note between Cordell Crane (the "Lender") and Carlos Meza (the "Borrower") for $50,000.

1

Respectfully submitted,


/s/Mina Zardkoohi
Mina Zardkoohi


Mina Zardkoohi
53 W. Jackson #1615
Chicago, Illinois 60604
(708) 613-7975
mina.zardkoohi@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that foregoing Carlos Meza's witness list was served on December 1, 2018, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF Filers.


/s/Mina Zardkoohi
Mina Zardkoohi
 53 W. Jackson #1615
Chicago, Illinois 60604
(708) 613-7975