# VICTIM IMPACT STATEMENT

**FILED**
**JAN 1 8 2019**
**JUDGE ELAINE E. BUCKLO**
**UNITED STATES DISTRICT COURT**

Victim: Linda George
USAO Number: 2015R00212
Court Docket Number: 17-CR-00281

**"I need to talk to Carlos."**

Those were the last words my husband of 36 years—only age 57—said to me before dying of a stress-induced heart attack. This came less than 12 hours after speaking with an FBI agent about Mr. Meza's fraudulent behavior.

Mr. Meza's selfish, callous, and fraudulent behavior has had severe repercussions in all areas of my life.

- **Financially:**

  - Mr. Meza stole $70K from our retirement fund
  - I had to pay penalties on these funds, since we pulled funds from the investment from our IRA account. Mr. Meza had promised the return on this investment would be received before the 90 day penalty came into effect.
  - I became the sole financial provider for my teenage son and myself.
  - I was left to manage a family business, previously run by my husband, and learn on-the-job while making important decisions leading towards a sale. Ultimately, we sold for roughly 20% of our original purchase price just a few years prior, incurring huge losses.

**These financial losses, however, pale in comparison to the impact Mr. Meza's crimes have caused on my life, and on the lives of my children.**

My youngest son, who was a junior in high school, never had his father cheering him at his baseball games. He didn't get to look into the stands when he was a senior pitching in the state finals and see his dad—who had been his pitching coach for years—smiling back. He never got to ask his dad advice on colleges to apply to or see the pride in his dad's bright blue eyes when he was accepted to Brown University. He couldn't tell him that he was going to serve a church mission, just as he had done.

My third son didn't have his father at his wedding, nor was able to ask his advice as he started his marketing company or bought his first house.

My second son didn't get to call and tell his dad that he was having another grandson, or about his accomplishments as a prosecutor in Arizona.

And, my oldest son had to help me choose a casket and a burial plot for his father, but didn't get to tell him about his grandson who would carry his middle name.

## VICTIM IMPACT STATEMENT

Today, I live alone. I work a part time job to help pay my bills. The golden retirement years my husband and I had looked forward to for decades no longer exists—gone as quickly as the hope we had in Carlos Meza the night we met with the FBI.

I loved my husband dearly and miss him every single day. I told my sons that having a guilty verdict wouldn't bring their dad back, but at least the bad guy would have to pay. I hope and pray that you will give Mr. Meza the maximum sentence—not only to help protect others from his actions, but also to allow his victims some semblance of justice.