<u>Carlos Meza By Samantha Meza</u>

To preface this, I wanted to share who I am and why I'm writing this. My name is Sammy, I'm 23 and am the oldest of three daughters of Carlos and Dwinell Meza. I'm currently at college in Idaho at BYUI studying Apparel Entrepreneurship (which is a major that combines fashion and business) with the hopes of starting my own clothing company in the future.

I'm just wanted to say that I wouldn't be writing this if I didn't think that my dad deserved this, and I wanted to share the side of my Dad that isn't portrayed to the court system. Would I say that my dad was a great father figure to grow up with? Yes. Of course, I don't know what growing up with anyone else as a dad would be like, but I have seen how the impact of a father in the home can have a negative effect in other family.

My dad is the most loving and selfless person that I know and I'm truly not just saying that. He has always worked hard my whole life to provide for my family. For example, I've had many times where I've been down or having a hard time with school or roommates, even just feeling lonely or making dumb choices and I knew that I could always call my dad to help pick me up even though I live so far away. Growing up I never really heard my dad raise his voice, probably less then 5 times. He was also the type of dad that would be embarrassing to us all the time. My nickname for my dad for a long time has been Ghandi because growing up and even to this day he would always send me inspiring message to be while growing up. Multiple times a day. I'm really sad that all of this happened and it's really hard on both sides but no matter what happens I am so grateful for my Dad and I wouldn't trade him for anyone else.

 Gmail                                                     Josh Kutnick <jkutnick@gmail.com>

## Fwd: Letter about dad
1 message

**Novoa** <novoa.inc.1@gmail.com>                                Mon, Apr 29, 2019 at 1:19 PM
To: joshua@kutnicklaw.com

Begin forwarded message:

> **From:** Dwinell Meza <dwinell.meza@gmail.com>
> **Date:** April 29, 2019 at 11:13:19 AM CDT
> **To:** Novoa Incmar <novoa.inc.1@gmail.com>
> **Subject: Fwd: Letter about dad**
>
> ---------- Forwarded message ---------
> From: **Lindsey Meza** <lindsey.meza@missionary.org>
> Date: Mon, Apr 29, 2019 at 10:36 AM
> Subject: Re: Letter about dad
> To: Dwinell Meza <dwinell.meza@gmail.com>
>
> One thing I've never doubted was his love for me. He not only would always say it, but he would show it. There were times when I didn't show any love back, but that never changed the love that he had for me. He supported me in every dream that I've had- from being a doctor to being a historian.
>
> He's taught me how to be more Christ-like. I don't know if you believe in Christ or if you have ever read the Bible, but nevertheless, He was a good man. One that sacrificed for others. One that saw the needs of others and helped fulfill them. My dad's love doesn't just extend to his family. He doesn't speak ill of others. And when I do, he is sure to point out all the good things about them and tries to explain why they might have acted the way he did. There are people who believe the same things we do, whose goal is also to be more like Christ, but I think that how you act during adversity shows what you are truly made out of.
>
> My dad is the one who will always be there to pick someone up, to help someone. His intentions are never speckled with malice, or hatred, or vengeance. He's the one who took the abandoned baby bunnies I had found to the vet and then checked up on them. He's the one who would want so badly to take me on a daddy-daughter date even though I was an angsty teenager who was a pain in the neck. He's the one who I would watch the morning news with growing up. He's the one who would put on the silliest music and dance in the car just to get a smile on my face. He's the one who I know will always be there to cheer me on.
>
> I know that coming from his daughter, this may not be taken as seriously. But I happen to think that how someone treats their family is one of the biggest indicators of character. I know that I am not the best at

writing, neither am I the most eloquent. I wish that I could fully express to you who my father is, but suffice it to say that I want my kids to have a father just like mine.

Signed Lindsey Nicole Meza

On Mon, Apr 29, 2019, 8:34 AM Lindsey Meza <lindsey.meza@missionary.org> wrote:
> One thing I've never doubted was his love for me. He not only would always say it, but he would show it. There were times when I didn't show any love back, but that never changed the love that he had for me. He supported me in every dream that I've had- from being a doctor to being a historian.
>
> He's taught me how to be more Christ-like. I don't know if you believe in Christ or if you have ever read the Bible, but nevertheless, He was a good man. One that sacrificed for others. One that saw the needs of others and helped fulfill them. My dad's love doesn't just extend to his family. He doesn't speak ill of others. And when I do, he is sure to point out all the good things about them and tries to explain why they might have acted the way he did. There are people who believe the same things we do, whose goal is also to be more like Christ, but I think that how you act during adversity shows what you are truly made out of.
>
> My dad is the one who will always be there to pick someone up, to help someone. His intentions are never speckled with malice, or hatred, or vengeance. He's the one who took the abandoned baby bunnies I had found to the vet and then checked up on them. He's the one who would want so badly to take me on a daddy-daughter date even though I was an angsty teenager who was a pain in the neck. He's the one who I would watch the morning news with growing up. He's the one who would put on the silliest music and dance in the car just to get a smile on my face. He's the one who I know will always be there to cheer me on.
>
> I know that coming from his daughter, this may not be taken as seriously. But I happen to think that how someone treats their family is one of the biggest indicators of character. I know that I am not the best at writing, neither am I the most eloquent. I wish that I could fully express to you who my father is, but suffice it to say that I want my kids to have a father just like mine.

Allen & Denise Rice
29277 Bridge Road
Hermiston, OR 97838

April 28, 2019

Subject:     Character Reference for Carlos Meza

To Whom It May Concern,

It is our great honor to provide this Character Reference for Carlos Meza. We have known Carlos for over 24 years, both in a personal and professional capacity. Throughout these many years, we have been privileged to witness Carlos in many varied situations and have always found him to display great integrity, compassion, professionalism, and perhaps most importantly, a genuine caring and concern for family, friends, and those with whom he interacts.

We have had the good fortune to be involved in business dealings and employment and have always found Carlos to be a truthful and loyal friend, as well as someone we value for advice. At a time of financial need in our life, Carlos employed Denise and this work was a great help in our life. During this employment, Denise always witnessed Carlos to be hard-working, honest, and a man of strong values. Even with the passage of time and distance, we have remained dear friends for these 24 years and continue to share family experiences and build new memories together.

We are familiar with the legal case and his guilty verdict. While we are not privy to the specifics of the case or the impact to the community or individuals, we do know of Carlos' deeply held faith, integrity, and willingness to always honor his obligations.

From our perspective, considered from the viewpoint of years of interactions in the community, Church, and family, it is our sincere plea that Carlos be shown compassion and leniency in his sentencing.

Respectfully offered,

Allen and Denise Rice
Hermiston, Oregon

# SUNBEAM REALTY, INC

4410 W. ROOSEVELT RD  
HILLSIDE, IL 60162

TELEPHONE: (708) 870-3030  
FASCILIMIE: (708) 234-7479

March 25, 2019

To Whom It May Concern:

Re: Carlos R. Meza

My name is Benjamin Perkins, I met Carlos Meza many years ago thru the Real Estate work, whereas Carlos always offered his services of Consulting or Scouting for Investment properties with possible profit margins, he was always very transparent and considerate on a prospective deal; and his demeanor and fairness made me gain an appreciation for his assistance and services rendered.

Over the years I got to know him better and developed a personal relationship with him also. I found that he is a family man who enjoyed being a provider for his family and shared a closeness with his family, and his extended family members as well, in addition to his friends that he associated with. Everyone speaks well of him and how they enjoy his association and friendship. I got to know his lovely wife Dwinell, and 3 daughters, he and his wife are a very close couple, and their children are very studious, and they're very well behaved; I observed that he and his wife always participated in their children activities and promotes their educational strides as well.

Their family live in a modest home, and adhere to religious teachings., They practice and espouse good family values and displayed concern for their neighbors and society. In getting to know more about his personal life, I soon realized that his Church and their congregational activities were a priority to him, as he always talks about activities going on at the Church.

I have worked with him on several Projects, the things that comes to my mind is the way he handles all contractors involved with the renovation of a property, I noticed how quickly and easily people warmed up to and interacted with him because he has a nice, even temperate personality and he has the quality of congeniality.

In his work/project assignments he took them seriously, and always strides to stay within budget and made sure he paid all his helpers, and independent contractors on time and oversaw the installation of quality materials and made sure that upstanding craftmanship was provided on all installations.
He has always been respectable and honest in our encounters, whether work or personal.

I Found his management of money skills to be superb and he always would bring his projects in around the budgetary estimates and stayed within the allocated cost. A lot of time Carlos would exert his own personal time to find sales and bargains on materials in order to save money for the Company projects. The contractors he used always respect him as the Project Manager and made sure they did their best on the job site. His due diligence on dealing with several Realtors and getting comparable market analysis from them was always accurate along with his cost projections.

March 25, 2019
Page 2 – Carlos Meza, Reference Letter
From: Benjamin J. Perkins

I am aware of Carlos legal case and I still feel positive about him in all his ways. I still think that he is a great guy and great husband, dad, and honest man and will continue to do business with him. I believe that mistakes were perhaps made, but in this case, I think Carlos needs an opportunity to make things right and be given a second chance.

Sincerely,

Benjamin J. Perkins, President
Sunbeam Realty, Inc