# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 17 CR 281 |
| v. ) | |
| ) | Honorable Elaine Bucklo |
| CARLOS MEZA, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

NOW COMES Defendan-Appellant, **CARLOS MEZA**, by and through his attorney, Joshua B. Kutnick, and hereby appeals from the Judgment entered on June 21, 2019 and the sentence imposed on him following his plea of guilty in the United States District Court for the Northern District of Illinois, Chicago, Illinois, the Honorable Judge Elaine Bucklo presiding. This Notice has been filed within 14 days of the entry of the Judgment and Commitment in this case.

Defendant proceeded in forma pauperis in the Court below and thus that status continues in this appeal. Defendant requests that new counsel be appointed to represent him in this appeal. A Docketing Statement has been filed contemporaneously with the filing of this Notice.

                                                           Respectfully submitted,

                                                           /s/ Joshua B. Kutnick

                                                           _____
                                                           Attorney for Defendant

**Joshua B. Kutnick**
**900 W. Jackson Blvd., Suite 5W**
**Chicago, Illinois 60607**
**312/441-0211**