IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 17 CR 281 |
| v. | ) | |
| | ) | Honorable Elaine Bucklo |
| CARLOS MEZA, | ) | |
| | ) | |
| Defendant. | ) | |

## DOCKETING STATEMENT

NOW COMES Defendant-Appellant, **CARLOS MEZA**, by and through his attorney, Joshua B. Kutnick, who represented him in the proceedings before the District Court as appointed counsel, hereby submits a docketing statement for this appeal:

1. This is a direct appeal from a judgment, conviction, and sentence in a criminal case in the United States District Court for the Northern District of Illinois, Chicago, IL.

2. Following a guilty jury verdict before Judge Elaine Bucklo in the District Court below and a finding of guilty, the Court entered a Judgment and Commitment in this case which was filed on June 20, 2019.

3. Counsel filed a Notice of Appeal on June 27, 2019, and thus the Notice was timely filed within 14 days of the entry of the Judgment.

4. This Court has jurisdiction of this appeal by 28 USC §§ 1291 and 1292.

5. Defendant was charged with and found guilty of Fraud by Wire, Radio, or Television in violation of 18 USC § 1343(f). The District Court had jurisdiction by 18 USC § 3231.

6. From the outset of this case, Defendant was deemed indigent and represented by appointed counsel. That status remains unchanged and continues into this appeal.

7. It is respectfully requested that new counsel be appointed for Defendant on appeal.

                                                                                                    Respectfully submitted,

                                                                                                    /s/ Joshua B. Kutnick

**Joshua B. Kutnick**
**900 W. Jackson Blvd., Suite 5W**
**Chicago, Illinois 60607**
**312/441-0211**