## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.  17 CR 281** |
| **v.** | ) | |
| | ) | **Honorable Elaine Bucklo** |
| **CARLOS MEZA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL

NOW COMES Defendan-Appellant, **CARLOS MEZA**, by and through his attorney,

Joshua B. Kutnick, and hereby appeals from the Judgment entered on June 21, 2019 and the

sentence imposed on him following his plea of guilty in the United States District Court for the

Northern District of Illinois, Chicago, Illinois, the Honorable Judge Elaine Bucklo presiding.

This Notice has been filed within 14 days of the entry of the Judgment and Commitment in this

case.

Defendant proceeded in forma pauperis in the Court below and thus that status continues

in this appeal.  Defendant requests that new counsel be appointed to represent him in this appeal.

A Docketing Statement has been filed contemporaneously with the filing of this Notice.

Respectfully submitted,

/s/  Joshua B. Kutnick

_____

Attorney for Defendant

**Joshua B. Kutnick**
**900 W. Jackson Blvd., Suite 5W**
**Chicago, Illinois 60607**
**312/441-0211**

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  17 CR 281 |
| v. | ) | |
| | ) | Honorable Elaine Bucklo |
| CARLOS MEZA, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETING STATEMENT**

NOW COMES Defendant-Appellant, **CARLOS MEZA**, by and through his attorney, Joshua B. Kutnick, who represented him in the proceedings before the District Court as appointed counsel, hereby submits a docketing statement for this appeal:

1.      This is a direct appeal from a judgment, conviction, and sentence in a criminal case in the United States District Court for the Northern District of Illinois, Chicago, IL.

2.      Following a guilty jury verdict before Judge Elaine Bucklo in the District Court below and a finding of guilty, the Court entered a Judgment and Commitment in this case which was filed on June 20, 2019.

3.      Counsel filed a Notice of Appeal on June 27, 2019, and thus the Notice was timely filed within 14 days of the entry of the Judgment.

4.      This Court has jurisdiction of this appeal by 28 USC §§ 1291and 1292.

5.      Defendant was charged with and found guilty of Fraud by Wire, Radio, or Television in violation of 18 USC § 1343(f).  The District Court had jurisdiction by 18 USC § 3231.

6.      From the outset of this case, Defendant was deemed indigent and represented by appointed counsel.  That status remains unchanged and continues into this appeal.

7.      It is respectfully requested that new counsel be appointed for Defendant on appeal.

Respectfully submitted,

/s/  Joshua B. Kutnick

_____

**Joshua B. Kutnick
900 W. Jackson Blvd., Suite 5W
Chicago, Illinois 60607
312/441-0211**



# UNITED STATES DISTRICT COURT

Northern District of Illinois

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |

UNITED STATES OF AMERICA )    **JUDGMENT IN A CRIMINAL CASE**

v. )

CARLOS R MEZA )    Case Number:    1:17-CR-00281(1)

)    USM Number:    52312-424

)

)

)    Joshua Bateman Kutnick

)    Defendant's Attorney

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)    which was accepted by the court.

☒ was found guilty on count(s) Count II (two) of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- |
| 18:1343.F Fraud By Wire, Radio, Or Television | 08/31/2013 | 2 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) I (one) of the Indictment.

☐ Count(s)    dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

June 13, 2019
Date of Imposition of Judgment

Signature of Judge

Elaine E. Bucklo, United States District Judge
Name and Title of Judge

6/20/19
Date

ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case
Sheet 2 – Imprisonment                                                                                    Judgment – Page 2 of 8

DEFENDANT: CARLOS R MEZA
CASE NUMBER: 1:17-CR-00281(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
NINETEEN (19) MONTHS as to Count II (two) of the Indictment.

☐  The court makes the following recommendations to the Bureau of Prisons:

☐  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at      on

    ☐  as notified by the United States Marshal.

    ☒  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☒  before 2:00 pm on October 31, 2019.

        ☐  as notified by the United States Marshal.

        ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this
judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

Judgment – Page 3 of 8

DEFENDANT: CARLOS R MEZA
CASE NUMBER: 1:17-CR-00281(1)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
THREE (3) YEARS on Count II (two) of the Indictment.

     You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

- ☒ (1) you shall not commit another Federal, State, or local crime.
- ☒ (2) you shall not unlawfully possess a controlled substance.
- ☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]
- ☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act **(42 U.S.C. § 16913)**.
- ☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.
- ☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**. The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

- ☐ (1) you shall provide financial support to any dependents if you are financially able to do so.
- ☐ (2) you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).
- ☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:
- ☒ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.
- ☐ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s))
- ☒ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
  - ☐ visit the following type of places:
  - ☐ knowingly meet or communicate with the following persons:
- ☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.
- ☒ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

Judgment – Page 4 of 8

DEFENDANT:  CARLOS R MEZA
CASE NUMBER: 1:17-CR-00281(1)

☐ (9)  ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider

☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify: _____ .)

☐ (10)  (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling _____ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period _____ .

☐ (11)  (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of _____ months.

☐ (12)  you shall work in community service for _____ hours as directed by a probation officer.

☐ (13)  you shall reside in the following place or area: _____ , or refrain from residing in a specified place or area: _____ .

☒ (14)  you shall refrain from knowingly leaving the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15)  you shall report to a probation officer as directed by the court or a probation officer.

☒ (16)  ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: _____ ,
  ☒ at home  ☒ at work  ☒ at school  ☒ at a community service location
  ☒ other reasonable location specified by a probation officer
  ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17)  you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18)  you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19)  (home confinement)
  ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.
  ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.
  ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.
  ☐ from the times directed by the probation officer; or ☐ from __ to __.
  ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.
  ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20)  you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21)  (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations.  If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22)  you shall satisfy such other special conditions as ordered below.

ILND 245D (Rev. 04/29/2019) Judgment in a Criminal Case for Revocation
Sheet 3 – Supervised Release

Judgment – Page 5 of 8

DEFENDANT:  CARLOS R MEZA
CASE NUMBER: 1:17-CR-00281(1)

☐ (23)  You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer(s) may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

☐ (24)  Other:

**SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)**
The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐ (1)  if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐ (2)  you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☒ (3)  you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least 20 hours of community service per week at the direction of the probation office until gainfully employed. The total amount of community service required over your term of service shall not exceed 200 hours.

☐ (4)  you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☒ (5)  you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6)  you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☒ (7)  within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☒ (8)  you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐ (9)  you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

　　　☐  You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

　　　☐  The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

　　　☐  You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

　　　☐  You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

　　　☐  You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case

Sheet 5 – Criminal Monetary Penalties

Judgment – Page 6 of 8

DEFENDANT:  CARLOS R MEZA
CASE NUMBER:  1:17-CR-00281(1)

☐     You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

☐     This condition does not apply to your family members: _____ [Names]

☐     Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer.  Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity.  You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

☐     You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

☐     You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☒   (10)   you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

☒   (11)   you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☐   (12)   you shall pay to the Clerk of the Court $_____ as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to _____ (list both Agency and Address.)

☒   (13)   You shall observe one Reentry Court session, as instructed by your probation officer.

☐   (14)   Other: _____

ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 7 of 8

DEFENDANT: CARLOS R MEZA
CASE NUMBER: 1:17-CR-00281(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | $881,500.00 |

☐    The determination of restitution is deferred until     . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $881,500.00 to:

C. C.
$316,500.00

D. T.
$15,000.00

R. Y.
$50,000.00

S. S.
$440,000.00

T.G.
$60,000.00

☐        Restitution amount ordered pursuant to plea agreement $

☐        The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐        The court determined that the defendant does not have the ability to pay interest and it is ordered that:

         ☐        the interest requirement is waived for the     .

         ☐        the interest requirement for the     is modified as follows:

☐        The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 04/19/2019) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 8 of 8

DEFENDANT:  CARLOS R MEZA
CASE NUMBER:  1:17-CR-00281(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $100.00 due immediately.

       ☐  balance due not later than     , or

       ☒  balance due in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B**  ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C**  ☐  Payment in equal      *(e.g. weekly, monthly, quarterly)* installments of $    over a period of     *(e.g., months or years)*, to commence     *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal      *(e.g. weekly, monthly, quarterly)* installments of $    over a period of     *(e.g., months or years)*, to commence     *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within     *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
Defendant shall pay any unpaid financial penalty of at least 10% of net monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court cost

APPEAL,COX,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:17-cr-00281-1
# Internal Use Only

Case title: USA v. Meza

Date Filed: 04/27/2017
Date Terminated: 06/20/2019

Assigned to: Honorable Elaine E. Bucklo

## Defendant (1)

**Carlos R Meza**
*TERMINATED: 06/20/2019*

represented by **Joshua Bateman Kutnick**
Joshua B. Kutnick
Attorney at Law
900 W Jackson Blvd
#5
Chicago, IL 60607
(312)441-0211
Email: jkutnick@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Mina Stojicic Zardkoohi**
Law Office Of Mina Zardkoohi
53 W. Jackson Blvd
Suite 1615
Chicago, IL 60604
(617) 388-2767
Email: mina.zardkoohi@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

FRAUD BY WIRE, RADIO, OR
TELEVISION
(2)

## Disposition

The Defendant has been found not guilty
on count(s) 1 (one) of the Indictment.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (1) | The Defendant was found guilty on count(s) Count II (two) of the Indictment after a plea of not guilty. The Defendant has been found not guilty on count(s) 1 (one) of the Indictment. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINETEEN (19) MONTHS as to Count II (two) of the Indictment. The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on October 31, 2019. Upon release from imprisonment, Defendant shall be on supervised release for a term of THREE (3) YEARS on Count II (two) of the Indictment. Criminal Monetary Penalties. Schedule of Payments |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Brian R. Havey** |
|---|---|---|
| | | United States Attorney's Office (NDIL - Chicago) |
| | | 219 South Dearborn Street |
| | | Chicago, IL 60604 |
| | | (312) 353-1857 |
| | | Email: brian.havey@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |
| | | |
| | | **Melody Wells** |
| | | U.S. Attorney''s Office |
| | | N/A |
| | | 219 South Dearborn Street |
| | | Chicago, IL 60604 |
| | | (312) 353-1110 |

Email: melody.wells@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Kaitlin Grace Klamann**
United States Attorney's Office for the Northern
Distri
219 South Dearborn Street
5th Floor
Chicago, IL 60604
(312) 353-5361
Email: kaitlin.klamann@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rick D. Young**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5300
Email: rick.young@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sunil R Harjani**
United States Attorney's Office (NDIL - Chicago)

219 South Dearborn Street
Chicago, IL 60604
(312) 353-9353
Email: sunil.harjani@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/27/2017 | 1 | INDICTMENT as to Carlos R Meza (1) count(s) 1-2 (las, ) (Entered: 04/28/2017) |
| 04/27/2017 | 🔒 2 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Carlos R Meza (las, ) (Entered: 04/28/2017) |
| 04/27/2017 | 3 | DESIGNATION Sheet: FELONY (Category 3). (las, ) (Entered: 04/28/2017) |
| 04/27/2017 | 4 | MINUTE entry before the Honorable Maria Valdez as to Carlos R Meza: To set preliminary bail at $4500.00 and that the defendant be allowed to sign own recognizance bond. (las, ) (Entered: 04/28/2017) |
| 04/27/2017 | 🔒 12 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Carlos R Meza. (ym, ) (Entered: 05/18/2017) |
| 04/28/2017 | 🔒 5 | NOTICE of Arraignment as to Carlos R Meza before Honorable Susan E. Cox on 5/3/2017 at 10:00 AM. (las, ) (Entered: 04/28/2017) |
| 04/28/2017 | 🔒 6 | FILED stamped notice of arraignment as to Carlos R Meza. (las, ) (Entered: 04/28/2017) |
| 05/02/2017 | 7 | PRETRIAL Bail Report as to Carlos R Meza (SEALED) (Mudd, Seth) (Entered: 05/02/2017) |
| 05/03/2017 | 8 | ORDER as to Carlos R Meza: Initial appearance and arraignment held. Defendant waived being advised of his constitutional rights. Defendant acknowledged receipt of the charging document, waived formal reading and entered a plea of not guilty to the charges. Government and Defendant agree to certain conditions of release. The following schedule provided in open court: Rule 16.1(a)conference shall be conducted by 5/10/2017. Status hearing set for 5/19/2017 at 10:00 a.m. before Judge Bucklo. Final deadlines for the filing of any pretrial motions and responses shall be set by the District Court. Time is excluded from 5/3/2017 to and including 5/19/2017, for preparation of pretrial motions under the ends-of-justice provision, as required by Section 3161(h)(7) and for motion under 18 USC Section 3161(7)(B)(iv) and 18 USC Section 3161(h)(1)(D). Defendant shall be released after processing. Enter Orders. Signed by the Honorable Susan E. Cox on 5/3/17. Mailed notice (las, ) (Entered: 05/04/2017) |
| 05/03/2017 | 🔒 | (Court only) ***Excludable started as to Carlos R Meza: (las, ) (Entered: 05/04/2017) |
| 05/03/2017 | 🔒 9 | ORDER Setting Conditions of Release as to Carlos R Meza in amount of $ 4500, UNSECURED Bond Signed by the Honorable Susan E. Cox on 5/3/17.Mailed notice (las, ) (Entered: 05/04/2017) |

| 05/03/2017 | 🔒 | 10 | UNSECURED Bond as to Carlos R Meza in the amount of $4500. (las, ) (Entered: 05/04/2017) |
| 05/18/2017 | | 11 | NOTICE of Correction regarding unredacted(sealed)indictment 2 as to Carlos R Meza. (ym, ) (Entered: 05/18/2017) |
| 05/19/2017 | | 13 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 5/19/2017 and continued to 7/6/2017 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 5/19/2017 to and including 7/6/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 05/19/2017) |
| 07/06/2017 | | 14 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 7/6/2017 and continued to 8/11/2017 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 7/6/2017 to and including 8/11/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 07/07/2017) |
| 07/20/2017 | 🔒 | 15 | (Court only) PRETRIAL Violation Report as to Carlos R Meza (SEALED) (jw, ) (Entered: 07/20/2017) |
| 08/11/2017 | | 16 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 8/11/2017 and continued to 8/31/2017 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 8/11/2017 to and including 8/31/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 08/11/2017) |
| 08/31/2017 | | 17 | ORDER as to Carlos R Meza (1): Status hearing held on 8/31/2017 and continued to 10/13/2017 at 10:00 a.m. Enter Order appointing Joshua B. Kutnick of the Federal Defender Panel as counsel for defendant. The Court finds the interest of justice would best be served by excluding time from 8/31/2017 to and including 10/13/2017 pursuant to 18:3161(h)(7)(A)(B). Signed by the Honorable Elaine E. Bucklo on 8/31/2017. Mailed notice (yap, ) (Entered: 09/01/2017) |
| 08/31/2017 | | 18 | CJA ORDER Appointing Counsel Joshua B. Kutnick Under the Criminal Justice Act as to Carlos R Meza. Signed by the Honorable Elaine E. Bucklo on 8/31/2017. (yap, ) (Entered: 09/01/2017) |
| 08/31/2017 | | 19 | ATTORNEY Appearance for defendant Carlos R Meza by Joshua Bateman Kutnick. (yap, ) (Entered: 09/01/2017) |
| 08/31/2017 | | 20 | FINANCIAL Affidavit filed by Carlos R Meza (SEALED). (yap, ) (Entered: 09/01/2017) |
| 09/01/2017 | | 24 | CJA ORDER Appointing Counsel Joshua B. Kutnick for Defendant Carlos Meza Under the Criminal Justice Act. Signed by the Honorable Elaine E. Bucklo on 9/1/2017. Mailed notice (mc, ) (Entered: 12/14/2017) |
| 10/13/2017 | | 21 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 10/13/2017 and continued to 10/19/2017 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 10/13/2017 to and including 10/19/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) |

| | | |
|---|---|---|
| | | (Entered: 10/13/2017) |
| 10/19/2017 | 22 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza: Status hearing held on 10/19/2017 and continued to 12/7/2017 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 10/19/2017 to and including 12/7/2017 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 10/19/2017) |
| 12/07/2017 | 23 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 12/7/2017 and continued to 1/19/2018 at 10:00 a.m. The Court finds the interest of justice would best be served by excluding time from 12/7/2017 to and including 1/19/2018 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 12/08/2017) |
| 01/19/2018 | 25 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 1/19/2018. Jury trial set for 7/23/2018 at 9:00 a.m. Status hearing set for 5/10/2018 at 10:00 a.m. to set pretrial conference. In the interest of justice, the period beginning 1/19/2018 through 723/2018 is excluded without objection pursuant to 18.3161(h)(7)(B)(iv) for trial preparation. Mailed notice. (mgh, ) (Entered: 01/19/2018) |
| 05/09/2018 | 26 | MOTION by Carlos R Meza for attorney representation *appointment of additional counsel* (Kutnick, Joshua) (Entered: 05/09/2018) |
| 05/09/2018 | 27 | MOTION by Carlos R Meza Appoint Forensic Accountant (Kutnick, Joshua) (Entered: 05/09/2018) |
| 05/10/2018 | 28 | MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 5/10/2018.The joint pretrial order, proposed voir dire, agreed jury instructions, agreed statement of the case, witness and exhibit lists shall be filed by 7/12/2018. Motions in limine with supporting memoranda due by 7/3/2018. Responses to any motions in limine due by 7/10/2018. Pretrial Conference set for 7/16/2018 at 1:00 p.m. Jury trial set for 7/23/2018 at 9:00 a.m. to stand. Defendant's motion for appointment of a forensic accountant 27 is entered and continued, pending the forensic accountant's proposed cost report due by 5/18/2018. Courtesy copy to be delivered to chambers, room 2246. Mailed notice. (mgh, ) (Entered: 05/11/2018) |
| 05/14/2018 | 29 | ATTORNEY Appearance for USA bySunil R Harjani (Harjani, Sunil) (Entered: 05/14/2018) |
| 05/18/2018 | 30 | STATUS REPORT *regarding Forensic Accountant* by Carlos R Meza (Kutnick, Joshua) (Entered: 05/18/2018) |
| 05/25/2018 | 31 | MINUTE entry before the Honorable Elaine E. Bucklo as to Carlos R Meza: Defendant has filed a status report regarding (apparently) two possible forensic experts. A defendant seeking payment out of CJA funds for an expert must obtain prior approval by the Chief Judge of the Circuit if the cost is to exceed $2400 and approval by the district court for an expert whose cost is lower than this amount. 18 U.S.C. sec. 3006A(e)(B)(3). I must also determine that a defendant is financially unable to pay the requested amount. Defendant has not, at this point, satisfied either of these requirements. The status report does not provide the |

| | | |
|---|---|---|
| | | information necessary to determine what amount will be charged by the expert. Further, defendant needs to provide an updated financial affidavit if he seeks CJA funds. From my review of the financial affidavit filed by defendant in 2017, it is not clear that he cannot pay some or all of the requested expert fees. Defendant's motion for the appointment of a second attorney 26 is denied. Mailed notice (np, ) (Entered: 05/25/2018) |
| 05/29/2018 | 32 | MOTION by Carlos R Meza to continue *trial date* (Kutnick, Joshua) (Entered: 05/29/2018) |
| 05/29/2018 | 33 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion to continue 32 before Honorable Elaine E. Bucklo on 6/1/2018 at 09:30 AM. (Kutnick, Joshua) (Entered: 05/29/2018) |
| 05/30/2018 | 34 | MINUTE entry before the Honorable Elaine E. Bucklo: Motion to continue trial date 32 set for 6/1/2018 at 9:30 a.m. is stricken and reset to 6/6/2018 at 09:30 AM. Mailed notice (np, ) (Entered: 05/30/2018) |
| 06/05/2018 | 35 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion to continue 32 before Honorable Elaine E. Bucklo on 6/8/2018 at 09:30 AM. (Kutnick, Joshua) (Entered: 06/05/2018) |
| 06/08/2018 | 36 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza (1): Motion hearing held on 6/8/2018. Defendant's motion to continue trial date 32 is granted. Jury trial previously set for 7/23/2018 is stricken and reset for 12/3/2018 at 9:00 a.m. (3 day trial). The joint pretrial order, proposed voir dire, agreed jury instructions, agreed statement of the case, witness and exhibit lists shall be filed by 11/15/2018. Motions in limine with supporting memoranda due by 11/2/2018. Responses to any motions in limine due by 11/12/2018. Pretrial Conference set for 11/19/2018 at 1:30 p.m. In the interest of justice, the period beginning 7/23/2018 through 12/3/2018 is excluded without objection pursuant to 18.3161(h)(7)(B)(iv) for trial preparation. Mailed notice. (mgh, ) (Entered: 06/11/2018) |
| 07/17/2018 | 37 | ATTORNEY Designation for USA of Melody Wells (Wells, Melody) (Entered: 07/17/2018) |
| 10/19/2018 | 38 | ATTORNEY Designation for USA of Rick D. Young (Young, Rick) (Entered: 10/19/2018) |
| 10/23/2018 | 39 | ATTORNEY Designation for USA of Kaitlin Grace Klamann (Klamann, Kaitlin) (Entered: 10/23/2018) |
| 11/02/2018 | 40 | MOTION by USA in limine as to Carlos R Meza *(To Admit Evidence Pursuant to Rules 803(6) and 902(11))* (Young, Rick) (Entered: 11/02/2018) |
| 11/02/2018 | 41 | MOTION by USA in limine as to Carlos R Meza *(To Exclude Argument and Evidence)* (Young, Rick) (Entered: 11/02/2018) |
| 11/02/2018 | 42 | MOTION by Carlos R Meza to continue *trial date* (Attachments: # 1 Exhibit Hodapp email)(Kutnick, Joshua) (Entered: 11/02/2018) |

| 11/02/2018 | 43 | MOTION by Carlos R Meza for extension of time *to file motions in limine* (Kutnick, Joshua) (Entered: 11/02/2018) |
|---|---|---|
| 11/03/2018 | 44 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion for extension of time 43 before Honorable Elaine E. Bucklo on 11/7/2018 at 09:30 AM. (Kutnick, Joshua) (Entered: 11/03/2018) |
| 11/03/2018 | 45 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion to continue 42 before Honorable Elaine E. Bucklo on 11/7/2018 at 09:30 AM. (Kutnick, Joshua) (Entered: 11/03/2018) |
| 11/07/2018 | 46 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza (1): Motion hearing held on 11/7/2018. Defendant's motion to continue trial date 42 is denied. Defendant's motion for extension of time to file motions in limine 43 is granted. Pretrial Conference set for 11/19/2018 at 1:30 p.m. and Jury trial (3 day) set for 12/3/2018 at 9:00 a.m. to stand. Mailed notice. (mgh, ) (Entered: 11/08/2018) |
| 11/15/2018 | 47 | SUPPLEMENT by USA to Government's motion in limine regarding evidence offered pursuant to Federal Rules of Evidence 803(6) and 902(11) 40 as to Carlos R. Meza (Young, Rick) (Docket Text Modified by Clerks Office) (ew, ). (Entered: 11/15/2018) |
| 11/15/2018 | 48 | PROPOSED Jury Instructions by USA as to Carlos R Meza (Young, Rick) (Entered: 11/15/2018) |
| 11/15/2018 | 49 | Agreed Statement of the Case by USA as to Carlos R Meza (Young, Rick) (Entered: 11/15/2018) |
| 11/15/2018 | 50 | WITNESS List by USA as to Carlos R Meza (Young, Rick) (Entered: 11/15/2018) |
| 11/15/2018 | 51 | EXHIBIT List by USA as to Carlos R Meza (Young, Rick) (Entered: 11/15/2018) |
| 11/15/2018 | 52 | PROPOSED Voir Dire by USA as to Carlos R Meza (Young, Rick) (Entered: 11/15/2018) |
| 11/15/2018 | 53 | MINUTE entry before the Honorable Elaine E. Bucklo: Pretrial Conference set for 11/19/2018 is reset for 2:00 p.m. (TIME CHANGE ONLY) Mailed notice. (mgh, ) (Entered: 11/15/2018) |
| 11/15/2018 | 54 | MOTION by Carlos R Meza for extension of time *to file witness and exhibit lists* (Kutnick, Joshua) (Entered: 11/15/2018) |
| 11/16/2018 | 🔒 | (Court only) ***Motions terminated as to Carlos R Meza: 47 MOTION by USA to supplement as to Carlos R Meza MOTION by USA in limine as to Carlos R Meza *(To Admit Evidence Pursuant to Rules 803(6) and 902(11))* 40 filed by USA. (ew, ) (Entered: 11/16/2018) |
| 11/16/2018 | 55 | ATTORNEY Appearance for defendant Carlos R Meza by Mina Stojicic Zardkoohi (Zardkoohi, Mina) (Entered: 11/16/2018) |
| 11/18/2018 | 56 | MOTION by Carlos R Meza in limine (Kutnick, Joshua) (Entered: 11/18/2018) |

| | | |
|---|---|---|
| 11/19/2018 | 57 | MINUTE entry before the Honorable Elaine E. Bucklo: Pretrial conference held on 11/19/2018. Mailed notice. (mgh, ) (Entered: 11/20/2018) |
| 11/21/2018 | 58 | EXHIBIT List by Carlos R Meza (Attachments: # 1 Exhibit Trial Exhibits 1-19)(Kutnick, Joshua) (Entered: 11/21/2018) |
| 12/01/2018 | 59 | EXHIBIT List by Carlos R Meza (Attachments: # 1 Supplement Exhibits) (Zardkoohi, Mina) (Entered: 12/01/2018) |
| 12/03/2018 | 60 | ORDER as to Carlos R Meza: Voir dire held and concluded. Jury trial held and continued to Tuesday December 4, 2018 at 8:45 a.m. Signed by the Honorable Elaine E. Bucklo on 12/3/2018. Mailed notice. (ew, ) (Entered: 12/04/2018) |
| 12/04/2018 | 61 | MINUTE entry before the Honorable Elaine E. Bucklo: Jury trial held on 12/4/2018. Jury Trial continued to 12/6/2018 at 8:15 a.m. in courtroom #1725. Mailed notice. (mgh,) Modified on 12/6/2018 (mgh, ). (Entered: 12/04/2018) |
| 12/06/2018 | 62 | ORDER as to Carlos R Meza: Jury trial held and concluded on 12/6/2018. Jury deliberation held and concluded on 12/6/2018. The jury found Defendant, Carlos R. Meza not guilty on Count I and guilty on Count II of the Indictment. The case is referred to the Probation Department for a completion of a presentence investigation report. The Court directs the Probation Office to disclose the sentencing recommendation to both the government and defense counsel. Sentencing set for 2/28/2019 at 10:30 a.m. Defendant's sentencing memorandum and objections to PSR shall be filed by 2/14/2019; Government's response due by 2/21/2019 pending sentencing subject to the previously ordered conditions of release. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Signed by the Honorable Elaine E. Bucklo on 12/6/2018. Mailed notice. (ew, ) (Entered: 12/07/2018) |
| 12/06/2018 | 63 | JURY Instructions as to Carlos R Meza. (ew, ) (Entered: 12/07/2018) |
| 12/06/2018 | 64 | JURY INDICTMENT as to Carlos R Meza. (ew, ) (Entered: 12/07/2018) |
| 12/06/2018 | 65 | JURY Notes as to Carlos R Meza. (ew, ) (Entered: 12/07/2018) |
| 12/06/2018 | 66 | JURY Notes as to Carlos R Meza. (ew, ) (Entered: 12/07/2018) |
| 12/06/2018 | 67 | JURY Verdict as to Carlos R Meza (1) guilty on Count 2, not guilty on Count 1. Verdict form emailed to defendant's counsel of record. (RESTRICTED) (ew, ) (Entered: 12/07/2018) |
| 12/11/2018 | 68 | MOTION by Carlos R Meza for extension of time *to fie Post Trial Motion* (Kutnick, Joshua) (Entered: 12/11/2018) |

| 12/12/2018 | 69 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion for extension of time 68 before Honorable Elaine E. Bucklo on 12/21/2018 at 09:30 AM. (Kutnick, Joshua) (Entered: 12/12/2018) |
| --- | --- | --- |
| 12/21/2018 | 70 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza (1): Motion hearing held on 12/21/2018. Unopposed motion for extension of time to file post trial motion 68 is granted to 2/8/2019. Mailed notice. (mgh, ) (Entered: 12/21/2018) |
| 01/14/2019 | 71 | MOTION by Carlos R Meza to continue *Sentencing Hearing* (Kutnick, Joshua) (Entered: 01/14/2019) |
| 01/14/2019 | 72 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of (Kutnick, Joshua) (Entered: 01/14/2019) |
| 01/16/2019 | 73 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza (1): Defendant's unopposed motion to continue sentencing 71 is granted. Sentencing previously set for 2/28/2019 is reset to 4/1/2019 at 10:30 a.m. Sentencing memorandum and objections to PSR to be filed by 3/18/2019. Responses to be filed by 3/25/2019. No appearance required on 1/24/2019. Mailed notice. (mgh, ) (Entered: 01/16/2019) |
| 01/18/2019 | 74 | TRANSCRIPT OF PROCEEDINGS as to Carlos R Meza held on 12-3-18, before the Honorable Elaine E. Bucklo. Volume 1. Order Number: 33193. Court Reporter Contact Information: Sandra M. Mullin, Sandra_Mullin@ilnd.uscourts.gov, 312-554-8244.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 2/8/2019. Redacted Transcript Deadline set for 2/19/2019. Release of Transcript Restriction set for 4/18/2019. (Mullin, Sandra) (Entered: 01/18/2019) |
| 01/18/2019 | 75 | TRANSCRIPT OF PROCEEDINGS as to Carlos R Meza held on 12-4-18, before the Honorable Elaine E. Bucklo. Volume 2. Order Number: 33193. Court Reporter Contact Information: Sandra M. Mullin, Sandra_Mullin@ilnd.uscourts.gov, 312-554-8244.

IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.

Redaction Request due 2/8/2019. Redacted Transcript Deadline set for 2/19/2019. |

| | | | |
|---|---|---|---|
| | | | Release of Transcript Restriction set for 4/18/2019. (Mullin, Sandra) (Entered: 01/18/2019) |
| 01/18/2019 | 🔓 | 76 | TRANSCRIPT OF PROCEEDINGS as to Carlos R Meza held on 12-6-18, before the Honorable Elaine E. Bucklo. Volume 3. Order Number: 33193. Court Reporter Contact Information: Sandra M. Mullin, Sandra_Mullin@ilnd.uscourts.gov, 312-554-8244.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/8/2019. Redacted Transcript Deadline set for 2/19/2019. Release of Transcript Restriction set for 4/18/2019. (Mullin, Sandra) (Entered: 01/18/2019) |
| 01/18/2019 | | 77 | LETTER from Linda George. (bg, ) (Entered: 01/25/2019) |
| 02/25/2019 | 🔒 | 78 | (Court only) SENTENCING Recommendation as to Carlos R Meza (SEALED) (Mosley, Crystal) (Entered: 02/25/2019) |
| 02/25/2019 | | 79 | PRESENTENCE Investigation Report as to Carlos R Meza (SEALED) (Mosley, Crystal) (Entered: 02/25/2019) |
| 02/25/2019 | | 80 | PRESENTENCE Investigation Report as to Carlos R Meza (SEALED) (Mosley, Crystal) (Entered: 02/25/2019) |
| 03/18/2019 | | 81 | SENTENCING MEMORANDUM as to Carlos R Meza (Attachments: # 1 Exhibit Renaissance Chart, # 2 Exhibit Barnes/Carso Chart, # 3 Exhibit Govt. Trial Exhibits SC-1-4)(Kutnick, Joshua) (Entered: 03/18/2019) |
| 03/25/2019 | | 82 | PRESENTENCE Investigation Report (Supplemental) as to Carlos R Meza (SEALED) (Tsinoukas, Angelo) (Entered: 03/25/2019) |
| 03/25/2019 | | 83 | SENTENCING MEMORANDUM as to Carlos R Meza (Attachments: # 1 Exhibit A through D)(Young, Rick) (Entered: 03/25/2019) |
| 03/27/2019 | | 84 | MOTION by Carlos R Meza to continue *Sentencing Hearing* (Kutnick, Joshua) (Entered: 03/27/2019) |
| 03/27/2019 | | 85 | NOTICE of Motion by Joshua Bateman Kutnick for presentment of motion to continue 84 before Honorable Elaine E. Bucklo on 4/1/2019 at 09:30 AM. (Kutnick, Joshua) (Entered: 03/27/2019) |
| 03/28/2019 | | 86 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza (1): Defendant's unopposed motion to continue sentencing hearing 84 is granted. Sentencing previously set for 4/1/2019 is stricken and reset for 5/1/2019 at 10:30 a.m. No appearance required on 4/1/2019. Mailed notice. (mgh, ) (Entered: 03/28/2019) |

| 04/29/2019 | 87 | MINUTE entry before the Honorable Elaine E. Bucklo: On the court's own motion, Sentencing previously set for 5/1/2019 is stricken and reset to 6/13/2019 at 10:30 a.m. No appearance required on 5/1/2019. Mailed notice. (mgh, ) (Entered: 04/29/2019) |
| 04/29/2019 | 88 | PRESENTENCE Investigation Report (Supplemental) as to Carlos R Meza (SEALED) (Fitzgerald, Josie) (Entered: 04/29/2019) |
| 06/07/2019 | 89 | LETTER from Various dated 2019 *in Support of Carlos Meza*. (Kutnick, Joshua) (Entered: 06/07/2019) |
| 06/13/2019 | 90 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Carlos R Meza: Sentencing held on 6/13/2019. Judgment to follow. Mailed notice. (mgh, ) (Entered: 06/13/2019) |
| 06/13/2019 | 🔒 | (Court only) ***Procedural Interval start (P6) Count 2 as to Carlos R Meza. (jh, ) (Entered: 06/21/2019) |
| 06/20/2019 | 91 | JUDGMENT (Sentencing Order) as to Carlos R Meza (1), Count(s) 1, The Defendant was found guilty on count(s) Count II (two) of the Indictment after a plea of not guilty. The Defendant has been found not guilty on count(s) 1 (one) of the Indictment. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of NINETEEN (19) MONTHS as to Count II (two) of the Indictment. The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 pm on October 31, 2019. Upon release from imprisonment, Defendant shall be on supervised release for a term of THREE (3) YEARS on Count II (two) of the Indictment. Criminal Monetary Penalties. Schedule of Payments; Count(s) 2, The Defendant has been found not guilty on count(s) 1 (one) of the Indictment., (Terminated defendant Carlos R Meza). Signed by the Honorable Elaine E. Bucklo on 6/20/2019. Mailed certified copy to defendant Carlos R Meza's counsel of record Joshua Bateman Kutnick. Mailed notice (jh, ) (Entered: 06/21/2019) |
| 06/20/2019 | 92 | STATEMENT of Reasons as to Carlos R Meza. (SEALED) Mailed certified copy to defendant Carlos R Meza's counsel of record Joshua Bateman Kutnick. (jh, ) (Entered: 06/21/2019) |
| 06/21/2019 |  | JUDGMENT and Commitment as to Carlos R Meza issued to U.S. Marshal via e-mail in PDF format. (jh, ) (Entered: 06/21/2019) |
| 06/21/2019 |  | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Carlos R Meza. (jh, ) (Entered: 06/21/2019) |
| 06/27/2019 | 93 | NOTICE OF APPEAL by Carlos R Meza Receipt number: y (Kutnick, Joshua) (Entered: 06/27/2019) |
| 06/27/2019 | 94 | DOCKETING statement by Carlos R Meza regarding notice of appeal 93 (Kutnick, Joshua) (Entered: 06/27/2019) |

| | | |
|---|---|---|
| 06/28/2019 | 95 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 93 . (bg, ) (Entered: 06/28/2019) |