# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 10, 2019

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff-Appellee,<br><br>No. 19-2243                    v.<br><br>CARLOS R. MEZA,<br>          Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:17-cr-00281-1<br>]<br>] Elaine E. Bucklo,<br>]      Judge. |

This matter comes before the court for its consideration of attorney Joshua B. Kutnick's **MOTION TO WITHDRAW AS COUNSEL**, filed on July 2, 2019. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Joshua T. Buchman, MCDERMOTT, WILL & EMERY LLP, 444 W. Lake Street, Chicago, IL 60606, jbuchman@mwe.com, is appointed to represent defendant-appellant Carlos Meza pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before December 9, 2019.

2. Plaintiff-appellee shall file its brief on or before January 8, 2020.

3. Defendant-appellant shall file his reply brief, if any, on or before January 29, 2020.

**IT IS FINALLY ORDERED** that the District Court add attorney Joshua T. Buchman to their CM/ECF database for purposes of accessing District Court documents.

Important Scheduling Notice !

> Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).