## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                          Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*    ☐ $400.00    ☐ $46.00    ☐ $5.00

                     ☐ IFP        ☐ No Fee    ☐ Other _____

                     ☐ $505.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons               ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets         _____

☐ Writ _____            (Victim, Against and $ Amount)
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____
                                              (Date)

Rev. 08/19/2016