```
 1                    IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3                                     )
      UNITED STATES OF AMERICA,        )   Case No. 17 CR 281
 4                                     )
                       Plaintiff,      )
 5                                     )
                 vs.                   )   Chicago, Illinois
 6                                     )   May 19, 2017
      CARLOS R. MEZA,                  )   10:02 a.m.
 7                                     )
                       Defendant.      )
 8
                        TRANSCRIPT OF PROCEEDINGS - Status
 9                   BEFORE THE HONORABLE ELAINE E. BUCKLO

10

      APPEARANCES:
11
      For the Plaintiff:         MR. JOHN R. LAUSCH, JR.
12                               United States Attorney
                                 BY:  MR. BRIAN R. HAVEY
13                               Assistant United States Attorney
                                 219 South Dearborn Street
14                               5th Floor
                                 Chicago, Illinois  60604
15
      For the Defendant:         MURPHY LAW GROUP
16                               BY: MR. GENE MURPHY
                                 161 North Clark Street
17                               Suite 2550
                                 Chicago, Illinois 60601

18

19

20

21

22    Court Reporter:           SANDRA M. MULLIN, CSR, RMR, FCRR
                                 Official Court Reporter
23                               219 S. Dearborn Street, Room 2260
                                 Chicago, Illinois  60604
24                               (312) 554-8244
                                 sandra_mullin@ilnd.uscourts.gov
25
```

1        (Proceedings heard in open court:)

2             THE CLERK:  17 CR 281-1, USA versus Carlos Meza.

3             MR. MURPHY:  Good morning, Judge.  Gene Murphy for

4    Mr. Meza in court.

5             MR. HAVEY: Good morning, Judge.  Brian Havey on

6    behalf of the United States.

7             THE COURT: Good morning.

8             THE DEFENDANT:  Good morning.  Carlos Meza.

9             THE COURT:  Good morning.

10            All right.  This is your first status here, too, on

11   this case.

12            MR. MURPHY:  Yes, Judge.  The government has

13   tendered discovery to us.  I just received it in disk form.

14   I will be reviewing that with my client.  And my suggestion

15   would be we set this for a future status, allow me to go

16   through all the discovery with my client.

17            THE COURT:  All right.  I don't know, June 23,

18   sometime around then?

19            MR. MURPHY:  I have to check the kids' calendar,

20   Judge.  That's the important one, unfortunately.

21            THE COURT:  Of course.

22            MR. MURPHY:  Judge, could we -- how about the 26th

23   or 27th?

24            THE COURT:  Not that week.

25            MR. MURPHY:  Okay.  Could we go maybe the 11th or

```
 1    12th of July?  The 4th of July week is that week before then.

 2    I don't know what the court's schedule is for that week.

 3              THE COURT:  Well, it's maybe just as -- how about

 4    July 7th?  Or 6th?

 5              MR. MURPHY:  Sixth would be great, Judge.

 6              THE COURT:  All right.  We will make it the 6th,

 7    then.

 8              MR. MURPHY:  Same time, Judge?

 9              THE COURT:  We have a lot of things, but, yes,

10    let's say 10:00 o'clock.

11              MR. MURPHY:  Yes, ma'am.

12              THE COURT:  Okay.  We will exclude time until

13    then --

14              MR. MURPHY:  Yes, ma'am.

15              THE COURT:  -- for discovery and in the interest of

16    justice and plea negotiations.

17              MR. MURPHY:  Thank you, ma'am.

18              MR. HAVEY:  Thank you, Judge.

19         (Which were all the proceedings heard.)

20                          CERTIFICATE

21         I certify that the foregoing is a correct transcript

22    from the record of proceedings in the above-entitled matter.

23

24    /s/ SANDRA M. MULLIN_____           November 6, 2019

25    SANDRA M. MULLIN, CSR, RMR, FCRR
      Official Court Reporter
```