```
               IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

                                 )
UNITED STATES OF AMERICA,        ) Case No. 17 CR 281
                                 )
           Plaintiff,            )
                                 )
     vs.                         ) Chicago, Illinois
                                 ) July 6, 2017
CARLOS R. MEZA,                  ) 9:57 a.m.
                                 )
           Defendant.             )

            TRANSCRIPT OF PROCEEDINGS - Status
         BEFORE THE HONORABLE ELAINE E. BUCKLO


APPEARANCES:

For the Plaintiff:       HON. JOHN R. LAUSCH, JR.
                         United States Attorney
                         BY:  MR. BRIAN R. HAVEY
                         Assistant United States Attorney
                         219 South Dearborn Street
                         5th Floor
                         Chicago, Illinois  60604

For the Defendant:       MURPHY LAW GROUP
                         BY:  MR. DANIEL SCHEERINGA
                         161 North Clark Street
                         Suite 2550
                         Chicago, Illinois  60601




Court Reporter:          SANDRA M. MULLIN, CSR, RMR, FCRR
                         Official Court Reporter
                         219 S. Dearborn Street, Room 2260
                         Chicago, Illinois  60604
                         (312) 554-8244
                         sandra_mullin@ilnd.uscourts.gov
```

1        (Proceedings heard in open court:)
2            THE CLERK:  Calling 17 CR 281-1, USA versus
3    Carlos R. Meza.
4            MR. HAVEY:  Good morning, Judge.  Brian Havey on
5    behalf of the United States.
6            THE COURT: Good morning.
7            MR. SCHEERINGA:  Good morning, your Honor.  Daniel
8    Scheeringa for the defense.
9            THE COURT:  Good morning.  All right.  What is the
10   status?
11           Good morning.
12           THE DEFENDANT:  Good morning.
13           MR. HAVEY:  So the government has tendered
14   discovery, your Honor.  And I'm not sure if -- I don't
15   believe the court set a motion date last time we were here.
16           THE COURT:  Did I?  I guess -- well, are there any
17   motions?
18           MR. SCHEERINGA:  No motions, your Honor, but we
19   wanted to inform the court that my firm is withdrawing from
20   representing Mr. Meza.
21           THE COURT:  Okay.  Are you retained?  I guess you
22   must be.
23           MR. SCHEERINGA:  Yes, your Honor.
24           THE COURT:  Is he getting a new -- what are you
25   doing?  Are you getting a different attorney?

1    THE DEFENDANT: Yes, I'm going to get a different
2 attorney.
3    THE COURT: Or do you need appointed counsel?
4    THE DEFENDANT: No, I'm working on getting a
5 different attorney.
6    THE COURT: Okay. I can't let this just sit for
7 very long, but are you -- when do you expect to have a new
8 attorney?
9    THE DEFENDANT: I'm trying to meet with someone
10 next week, so.
11    THE COURT: Okay.
12    THE DEFENDANT: So as soon as possible, I guess. I
13 talked to a couple of them, waiting for them, so.
14    MR. SCHEERINGA: So given that, your Honor, we were
15 hoping to just get a 30-to-45-day date.
16    THE COURT: Sure, we can do that. How about
17 August 11th? Would that date be all right?
18    THE DEFENDANT: Sure.
19    THE COURT: That should be enough time?
20    THE DEFENDANT: Yes.
21    THE COURT: Okay. We will set this for a status
22 for August 11th at 10:00 o'clock.
23    And I'll allow you to withdraw.
24    We will exclude time for you to obtain counsel and
25 in the interest of justice.

1              MR. HAVEY:  All right.  Thank you, Judge.
2              MR. SCHEERINGA: Thank you, your Honor.
3           (Which were all the proceedings heard.)
4                            CERTIFICATE
5        I certify that the foregoing is a correct transcript
6    from the record of proceedings in the above-entitled matter.
7
8    /s/ *SANDRA M. MULLIN*_____          November 6, 2019
9    SANDRA M. MULLIN, CSR, RMR, FCRR
     Official Court Reporter