```
               IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

                                    )
   UNITED STATES OF AMERICA,        )   Case No. 17 CR 281
                                    )
              Plaintiff,            )
                                    )
         vs.                        )   Chicago, Illinois
                                    )   August 11, 2017
   CARLOS R. MEZA,                  )   10:00 a.m.
                                    )
              Defendant.            )

             TRANSCRIPT OF PROCEEDINGS - Status
          BEFORE THE HONORABLE ELAINE E. BUCKLO


   APPEARANCES:

   For the Plaintiff:       MR. JOHN R. LAUSCH, JR.
                            United States Attorney
                            BY:  MR. BRIAN R. HAVEY
                            Assistant United States Attorney
                            219 South Dearborn Street
                            5th Floor
                            Chicago, Illinois  60604

   For the Defendant:       MURPHY LAW GROUP
                            BY:  MR. DANIEL SCHEERINGA
                            161 North Clark Street
                            Suite 2550
                            Chicago, Illinois  60601




   Court Reporter:          SANDRA M. MULLIN, CSR, RMR, FCRR
                            Official Court Reporter
                            219 S. Dearborn Street, Room 2260
                            Chicago, Illinois  60604
                            (312) 554-8244
                            sandra_mullin@ilnd.uscourts.gov
```

1           (Proceedings heard in open court:)
2               THE CLERK:  Calling 17 CR 281-1, USA vs. Carlos
3    Meza.
4               MR. HAVEY:  Good morning, Judge.  Brian Havey on
5    behalf of the United States.
6               MR. SCHEERINGA:  Good morning, your Honor.  Daniel
7    Scheeringa for the defendant.
8               THE COURT:  Good morning.
9               THE DEFENDANT:  Carlos Meza.
10              THE COURT:  Good morning.  There is no appearance
11   on file for defendant at all.  Even -- there is really
12   nothing in the docket sheet that shows he was even
13   represented by counsel at his arraignment.
14              MR. SCHEERINGA:  He was represented by counsel at
15   his arraignment.  My firm was there.
16              THE COURT:  Who?
17              MR. SCHEERINGA: Murphy and Hourihane, your Honor.
18              THE COURT:  What -- is that his name, Murphy
19   Hourihane?
20              MR. SCHEERINGA: That's the name of our firm, your
21   Honor.
22              THE COURT:  Who represented him at his bond
23   hearing?  I mean, no appearance was filed.
24              MR. SCHEERINGA: I apologize, your Honor, I was
25   under the impression that an appearance had been filed.

1   THE COURT: It doesn't show up on the docket sheet.
2   MR. SCHEERINGA: I apologize, your Honor. However,
3   my firm did --
4   THE COURT: All right. Well, I assume that the
5   transcript will show that he was represented.
6   MR. HAVEY: He was, Judge. I was there. Gene
7   Murphy was the defense counsel.
8   THE COURT: Okay.
9   MR. HAVEY: Now, we were told at the last status
10  that they're withdrawing.
11  THE COURT: That's right. And somebody else --
12  that's why I looked, and I looked again this morning, to see
13  if new counsel had filed an appearance. And then, scrolling
14  through it, which I don't think I missed it because I looked
15  several times, I didn't find any appearance at all.
16  So, anyway, are you filing an appearance?
17  MR. SCHEERINGA: I was -- to be honest, your Honor,
18  I am not sure because our firm is currently in negotiations
19  to continue our representation of Mr. Meza. So we need a
20  little more time to work out the status of our
21  representation.
22  THE COURT: Okay. This was over a month ago that
23  you said, or somebody said, that the attorneys were
24  withdrawing and that somebody else was going to be coming in.
25  I need to do something about this.

1          MR. SCHEERINGA:  At the time, your Honor, it was
2    true, it was our -- at the time of our last hearing, it was
3    our firm's plan to withdraw.
4          THE COURT:  I see.
5          MR. SCHEERINGA:  However, we've since
6    reinstituted -- re-started negotiations with Mr. Meza to
7    continue our representation of him.
8          THE COURT:  Is there anything going on in this
9    case?
10         MR. HAVEY:  Well, we've turned over discovery, your
11   Honor.
12         THE COURT:  To whom?
13         MR. HAVEY:  To their firm.
14         THE COURT:  Their firm.
15         MR. HAVEY:  Mr. Murphy, in particular.
16         THE COURT:  Okay.
17         MR. HAVEY:  And that was within a couple weeks of
18   the arraignment.  So no court schedules were set, due to the
19   fact that, at our first status, there was a question about
20   Mr. Meza's representation.
21         THE COURT:  Yes.  Okay. Well, I guess I should --
22   I guess I will continue this to August 23rd.  There will be a
23   number of cases on the docket that day, I suspect, but I
24   don't really want to leave it longer.
25         MR. HAVEY:  May I suggest if this is not solidified

1  that we have a Federal Defender appointed, if Mr. Meza
2  cannot --
3      THE COURT: Yes, I think we will need to do that.
4  I don't know how it works. I mean, he hasn't filed anything
5  indicating he can't afford an attorney, but I suppose we can
6  just charge him, or something.
7      MR. SCHEERINGA: Pardon me, your Honor. Would
8  there be any possibility of pushing it back a bit beyond the
9  23rd, into September?
10     THE COURT: No, I'll be gone most of September.
11 Well, we could make it -- no, I'm just not willing to let it
12 sit here without understanding that he is represented by
13 someone. And we can't just let it go indefinitely, I don't
14 think. I guess, it's sort of between you and the government
15 ultimately, but I'm not -- ordinarily we don't let cases just
16 continue indefinitely for -- because somebody is thinking
17 about whether they want this lawyer or not. I could make it
18 go to the 31st.
19     MR. SCHEERINGA: Of August? Any objection?
20     THE COURT: Is that all right? Is that day okay?
21     MR. HAVEY: May we exclude time, Judge?
22     THE COURT: Yes, we will certainly exclude time in
23 the interest of justice for him to decide upon his
24 representation, since he should be represented by a lawyer.
25 If an appearance hasn't been filed before then, I think we

1   had better notify the Federal Defender and have them come
2   here, and they can figure out what's appropriate.  Okay.
3           MR. HAVEY:  All right.
4           THE COURT:  All right. Thank you.
5           MR. SCHEERINGA: Thank you, your Honor.
6           THE DEFENDANT:  Thank you.
7           THE COURT:  Oh, wait a minute, there is another
8   thing.  There is a pretrial services violation report.
9           MR. HAVEY:  Was that regarding the passport, your
10  Honor?  I think --
11          THE COURT:  The passport --
12          MR. HAVEY:  If I remember correctly, Mr. Meza was
13  supposed to surrender his passport and could not locate it.
14          THE DEFENDANT:  Yeah, and then I signed over with
15  pretrial services.  They made me sign a form, and I signed
16  it, and I gave it to them.
17          THE COURT:  Okay.  I guess --
18          THE DEFENDANT:  I sent it to the pretrial in
19  Rockford, and he made me sign a --
20          THE COURT: I'm sorry, what?
21          THE DEFENDANT:  The pretrial service made me sign a
22  form saying I could not locate it, and I signed it in their
23  location in Rockford.
24          THE COURT:  Okay. All right.  Well, I'm not sure
25  why they sent this to me or gave it to me.  Okay.  Thank you

1   very much.
2           MR. HAVEY:  Okay.  Thank you.
3           MR. SCHEERINGA:  Thank you, your Honor.
4       (Which were all the proceedings heard.)
5                      CERTIFICATE
6       I certify that the foregoing is a correct transcript
7   from the record of proceedings in the above-entitled matter.
8
9   /s/ *SANDRA M. MULLIN*                 November 6, 2019
10  SANDRA M. MULLIN, CSR, RMR, FCRR
    Official Court Reporter