```
                 IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

                                    )
    UNITED STATES OF AMERICA,       )   Case No. 17 CR 281
                                    )
              Plaintiff,            )
                                    )
         vs.                        )   Chicago, Illinois
                                    )   October 13, 2017
    CARLOS R. MEZA,                 )   10:20 a.m.
                                    )
              Defendant.            )

              TRANSCRIPT OF PROCEEDINGS - Status
            BEFORE THE HONORABLE ELAINE E. BUCKLO


    APPEARANCES:

    For the Plaintiff:        MR. JOHN R. LAUSCH, JR.
                              United States Attorney
                              BY:  MR. BRIAN R. HAVEY
                              Assistant United States Attorney
                              219 South Dearborn Street
                              5th Floor
                              Chicago, Illinois  60604

    For the Defendant:        MR. JACK P. RIMLAND
                              820 West Jackson Boulevard
                              Suite 300
                              Chicago, Illinois  60607




    Court Reporter:           SANDRA M. MULLIN, CSR, RMR, FCRR
                              Official Court Reporter
                              219 S. Dearborn Street, Room 2260
                              Chicago, Illinois  60604
                              (312) 554-8244
                              sandra_mullin@ilnd.uscourts.gov
```

```
1           (Proceedings heard in open court:)
2               THE CLERK:  17 CR 281-1, USA v. Carlos Meza.
3               MR. HAVEY:  Good morning, Judge.  Brian Havey on
4    behalf of the United States.
5               THE COURT:  Good morning.
6               MR. RIMLAND:  Good morning, your Honor.  Jack
7    Rimland.  I'm here on behalf of Mr. Joshua Kutnick who
8    represents Mr. Meza but is otherwise not disposed today.
9               THE COURT:  Okay.
10              THE DEFENDANT:  Carlos Meza.
11              THE COURT:  Wait a minute.  Well, there was an
12   appearance filed.  Okay.
13              Where are we on this case?  Is Mr. Meza here?
14              Are you Mr. Meza?
15              MR. RIMLAND: Yes.
16              MR. HAVEY:  After Mr. Kutnick filed his appearance,
17   the government reproduced its discovery, and we did that
18   approximately one month ago, Judge.  So we had produced
19   discovery to a prior attorney, and then after Mr. Kutnick --
20              THE COURT:  Has he been here at the prior statuses?
21              MR. HAVEY:  He was at the last status hearing, and
22   he was -- he was the duty attorney.  And so he was filing an
23   appearance pursuant to the Federal Defender Program.  And so
24   after that, we reproduced discovery to him, Judge.
25              MR. RIMLAND:  And, your Honor, I'm sorry, I can't
```

1   report to the court what is going on with respect to this
2   case, other than he asked me as a favor to appear for him
3   because he couldn't make it today.
4           THE COURT:  Is he retained?
5           MR. RIMLAND: No.
6           THE COURT:  He is appointed?
7           MR. RIMLAND: I understand it to be that he is
8   appointed, yes.
9           MR. HAVEY:  He was on the panel.  He was on the
10  duty -- on duty at the time that the call came in.
11          THE COURT:  So you haven't heard anything since you
12  produced discovery a month ago?
13          MR. HAVEY:  He told me he was traveling in from
14  Europe, he was coming in today.  We tried to get the date
15  rescheduled for a time when he was available, and that -- we
16  couldn't find a date on a Friday, given your trial schedule.
17          THE COURT:  We've got next week.  Oh, that's true,
18  we didn't.  The trial got moved.
19          MR. HAVEY:  So he then arranged to have Mr. Rimland
20  appear on his behalf.  But, I don't know, I can't speak to
21  how far he has gotten in terms of reviewing the discovery.
22          THE COURT:  Well, I think we need a time when he is
23  here.  So we can make it anytime pretty much next week.  So
24  why don't I say next Thursday at 10:00 o'clock, if he doesn't
25  want a Friday.

1    MR. RIMLAND:  That's the 18th?
2    MR. HAVEY:  19th.
3    MR. RIMLAND: 19th.
4    THE COURT:  Okay.  We'll exclude time --
5    MR. RIMLAND: Okay.
6    THE COURT:  -- in the interest of justice.  I need
7 to have the person who is making decisions --
8    MR. RIMLAND: Yes.
9    THE COURT:  -- here to see where you are.  Okay.
10   MR. HAVEY:  All right.  Thank you.
11   MR. RIMLAND: What time, your Honor?
12   THE COURT:  10:00 will be fine.
13   MR. RIMLAND: 10:00?
14   THE COURT:  Okay.  Thank you.
15   MR. RIMLAND: Thank you.
16   MR. HAVEY:  Thank you, Judge.
17      (Which were all the proceedings heard.)
18                    CERTIFICATE
19   I certify that the foregoing is a correct transcript
20 from the record of proceedings in the above-entitled matter.
21
22   /s/ *SANDRA M. MULLIN*_____          November 6, 2019
23   SANDRA M. MULLIN, CSR, RMR, FCRR
     Official Court Reporter
24
25