1
2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3

4

5

6

7

8

)
UNITED STATES OF AMERICA,        )    Case No. 17 CR 281
                                 )
              Plaintiff,         )
                                 )
        vs.                      )    Chicago, Illinois
                                 )    October 19, 2017
CARLOS R. MEZA,                  )    10:00 a.m.
                                 )
              Defendant.         )

TRANSCRIPT OF PROCEEDINGS - Status
BEFORE THE HONORABLE ELAINE E. BUCKLO

9

10

APPEARANCES:

11

12

13

14

For the Plaintiff:        MR. JOHN R. LAUSCH, JR.
                          United States Attorney
                          BY:  MR. BRIAN R. HAVEY
                          Assistant United States Attorney
                          219 South Dearborn Street
                          5th Floor
                          Chicago, Illinois  60604

15

16

17

For the Defendant:        MR. JOSHUA B. KUTNICK
                          900 West Jackson Boulevard #5
                          Chicago, Illinois  60607

18

19

20

21

22

23

24

Court Reporter:           SANDRA M. MULLIN, CSR, RMR, FCRR
                          Official Court Reporter
                          219 S. Dearborn Street, Room 2260
                          Chicago, Illinois  60604
                          (312) 554-8244
                          sandra_mullin@ilnd.uscourts.gov

25

1        (Proceedings heard in open court:)

2            THE CLERK:  Calling 17 CR 281-1, USA versus

3    Carlos R. Meza.

4            MR. HAVEY:  Good morning, Judge.  Brian Havey on

5    behalf of the United States.

6            THE COURT: Good morning.

7            MR. KUTNICK:  Good morning, your Honor.  Joshua

8    Kutnick on behalf of Carlos Meza, who is present here in

9    court.

10           THE COURT:  Good morning.  All right.  I guess we

11   just wanted to make sure you were involved.

12           MR. KUTNICK:  I am.  I am, Judge.  I'm sorry, I

13   was -- when the date was scheduled, I knew I was going out of

14   the country, but for some reason it just was not popping up

15   in my calendar.

16           THE COURT:  Oh.

17           MR. KUTNICK: So I scheduled a date that was -- I

18   was not available.  I'm happy to report to the court what's

19   going on with the case.

20           THE COURT:  Okay.

21           MR. KUTNICK: So I have received discovery from the

22   government, and it's relatively voluminous, some parts.  And

23   then I just need time to get up to speed.

24           I need to also -- I have yet to talk to Mr. Murphy,

25   who previously -- I want to say represented, but he did not

1    appear on the case.  But he -- he certainly is someone that I

2    need to talk to to determine, you know, what the next steps

3    are to go forward to find out what happened between him and

4    Mr. Meza while he was representing him.

5                   THE COURT:  Okay.

6                   MR. KUTNICK: So that's where I'm at.  I just need

7    time to go through discovery and talk to Mr. Murphy.

8                   THE COURT:  So how much time do you need?

9                   MR. KUTNICK: I was going to ask for six weeks, your

10   Honor.

11                  THE COURT:  Sure.  Well, would you like to come

12   back, say, December 7th, or do you want to come back before

13   then?

14                  MR. KUTNICK: December 7th would be fine, actually.

15                  MR. HAVEY:  That's fine, Judge.

16                  THE COURT:  Okay.

17                  MR. KUTNICK: That would be good.

18                  THE COURT:  All right.  Well, we'll exclude time

19   for you to go through discovery and figure out what you're

20   going to do.

21                  MR. KUTNICK: No objection.  No objection to the

22   exclusion of time.

23                  THE COURT:  Okay.

24                  MR. KUTNICK: What time would you like us here, your

25   Honor, on the 7th?

1      THE COURT:  10:00.

2          MR. KUTNICK: Great.

3          THE COURT:  Thank you.

4          MR. HAVEY:  All right.  Thank you, Judge.

5          MR. KUTNICK: Thanks, your Honor.  Take care.

6      (Which were all the proceedings heard.)

7                      CERTIFICATE

8      I certify that the foregoing is a correct transcript

9   from the record of proceedings in the above-entitled matter.

10

11  /s/ *SANDRA M. MULLIN*_____         November 6, 2019

12  SANDRA M. MULLIN, CSR, RMR, FCRR
    Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25