1      IN THE UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION

3                              )
    UNITED STATES OF AMERICA,  )   Case No. 17 CR 281
4                              )
                  Plaintiff,   )
5                              )
            vs.                )   Chicago, Illinois
6                              )   June 8, 2018
    CARLOS R. MEZA,            )   9:38 a.m.
7                              )
                  Defendant.   )
8
           TRANSCRIPT OF PROCEEDINGS - Motion
9        BEFORE THE HONORABLE ELAINE E. BUCKLO

10
    APPEARANCES:
11
    For the Plaintiff:      MR. JOHN R. LAUSCH, JR.
12                          United States Attorney
                            BY:  MR. BRIAN R. HAVEY
13                               MR. SUNIL R. HARJANI
                            Assistant United States Attorneys
14                          219 South Dearborn Street
                            5th Floor
15                          Chicago, Illinois  60604

16  For the Defendant:      MR. JOSHUA B. KUTNICK
                            900 West Jackson Boulevard #5
17                          Chicago, Illinois  60607

18

19

20

21

22
    Court Reporter:         SANDRA M. MULLIN, CSR, RMR, FCRR
23                          Official Court Reporter
                            219 S. Dearborn Street, Room 2260
24                          Chicago, Illinois  60604
                            (312) 554-8244
25                          sandra_mullin@ilnd.uscourts.gov

1          (Proceedings heard in open court:)

2                THE CLERK:  17 CR 281-1, USA versus Carlos Meza.

3                MR. HAVEY:  Good morning, Judge.  Brian Havey and

4     Sunil Harjani on behalf of the United States.

5                MR. HARJANI: Good morning, your Honor.

6                MR. KUTNICK:  Good morning, your Honor.  Joshua

7     Kutnick on behalf of Carlos Meza, who is present here in

8     court.

9                THE COURT:  Good morning.  Well, I think we talked

10    about this last time.  So have you gotten a forensic

11    accountant?

12               MR. KUTNICK:  Judge, I have a list of several.

13    It's part of my reason for needing to continue the trial date

14    is because it's going to take me some time to interview them,

15    to determine which one I would like to use, to determine

16    which one's cost is going to be appropriate in this case.

17               Your Honor, there is a lot, a lot of evidence in

18    this case.  It is perhaps more than the court is aware.  I've

19    been given extensive flow charts by the government detailing

20    money going all different directions around the world, your

21    Honor.

22               Mr. Meza has a defense that he would like to put

23    forward that involves not only his own extensive testimony

24    but also it's likely, after having conversations with several

25    forensic accountants, likely the testimony of a forensic

1    accountant as well.

2              Additionally, he has requested that I secure

3    documents that would be supportive of his defense.  And that

4    also is going to take an extensive amount of time, your

5    Honor, to, number one, determine their relevance, and, number

6    two, if they are relevant to obtain them.

7              I feel very under pressure to get this case done

8    right.  I feel that I need more time in order to present

9    Mr. Meza's defense adequately.  Though I have met with the

10   government, and they have explained to me their case, and I

11   understand it, I've discussed it with Mr. Meza, I just need

12   more time, your Honor, before July -- I need a trial date

13   after July to do this trial right.

14             THE COURT:  All right.  I mean, someone sitting

15   here would think that you hadn't had any time.  Of course,

16   this case is over a year old, and I set this trial date six

17   months ago.  And I wouldn't have set it if you didn't have --

18   at least I hope you had your documents, and all.

19             I don't know, maybe you've given them more up to

20   date.  I don't know about the flow charts, or -- is that

21   trial preparation?  What has the government given him?  What

22   have you been giving him?

23             MR. HAVEY:  Well, as he mentioned, we met briefly,

24   and I kind of walked him through where all the money went.

25   But for the record, Judge, all that was turned over last

1    year.  It's nothing --

2              THE COURT:  Yeah.

3              MR. HAVEY:  There is nothing --

4              THE COURT:  Last I knew, this was going to be a

5    three-day trial.  I take it it's going to be longer.

6              MR. HAVEY:  That's from the government's

7    perspective, your Honor.

8              THE COURT:  Right, yes, okay.  And then, I mean,

9    you said you have three other cases set for trial?

10             MR. KUTNICK:  I do.

11             THE COURT:  When were they set?

12             MR. KUTNICK:  They have been set over the last

13   several months.

14             THE COURT:  So after I set mine.

15             MR. KUTNICK:  When did we set the trial date, your

16   Honor?

17             THE COURT:  January.

18             MR. KUTNICK:  Your Honor, I did not want to set a

19   trial date at that time.  I had asked the court not to set a

20   trial date at that time.

21             THE COURT:  I agree, you didn't want to, but that

22   was January 19th.  It's going to be six months after that.

23   What are the other cases?

24             MR. KUTNICK:  I have a gun case set for jury trial

25   coming up a week -- two weeks from now.  That's a simple

1    case.  That's state court, your Honor.  I have an attempt

2    murder case also in state court which is set in July.  That's

3    going to be about a week-long trial.  I have another attempt

4    murder case set, I think that one is in August, jury trial.

5         Your Honor, part of the -- what I've been engaged

6    in, I just recently filed an appeal.  That took a

7    substantial, substantial amount of time away from me over the

8    last several months.  I've been very, very engaged in that.

9    That brief has now been filed, I'm done with it, waiting for

10   a reply.

11        Your Honor, I only can do so much at one time.

12        THE COURT:  Well, I do understand that, but, you

13   know, it's a question of -- I think part of an obligation is

14   not to undertake representation if you're not going to be

15   able to do it.

16        All right.  If I continue it, how much time do you

17   need?

18        MR. KUTNICK:  Judge, I would be asking to continue

19   the trial date to November, early November.

20        THE COURT:  What is your estimate of how long this

21   trial will be?

22        MR. KUTNICK:  Well, if the government's case is

23   three days, I would anticipate our case being two to

24   three days.

25        THE COURT:  Well, early November I'm scheduled to

1    sit on the Ninth Circuit.  How about the end of November?

2                MR. KUTNICK:  As long as it would be before

3    Thanksgiving, I would think, or not during that week.

4                THE COURT:  Well, I can set it the week of

5    Thanksgiving, but I'm assuming nobody really wants me to do

6    that.

7                MR. HAVEY:  I guess I would want to avoid anything

8    around Thanksgiving, not -- I mean, we'll do whatever you

9    want to do, Judge.  But the witnesses, it's always a problem

10   around holidays.  And people travel, and -- you know, unless

11   your Honor is willing to -- if we can set a date, with the

12   understanding we may need to come back and say we have

13   witness problems.

14               THE COURT:  I don't want to do that.

15               MR. HARJANI: So, your Honor, if I may, Mr. Havey is

16   going on detail overseas.  So I'm second chair on this case

17   and likely will, depending on the court's schedule, I may be

18   trying it with somebody else.  If that's the case, your

19   Honor, I think the government would be okay, if the court is,

20   to go through next January or February for trial.  If you're

21   not willing to, then we can always find somebody else in the

22   office to try it.  But I just want to throw out there that if

23   your November is booked, we could do --

24               THE COURT:  Well, we could do it the end of

25   November or the beginning of December.

1          MR. HAVEY:  I would just prefer, I guess, December,

2    just in light of the fact the farther we can get away from

3    Thanksgiving holiday.

4          THE COURT:  I understand that.  What if we -- what

5    if we made it December 3rd?

6          MR. KUTNICK:  That's fine with me, your Honor.

7          MR. HAVEY:  Okay.

8          THE COURT:  Will that work for everybody?  Who are

9    you saying is going to have to --

10          MR. HARJANI:  So we will work it out in the office,

11    your Honor.  I have a couple trials already set.  Of course

12    they --

13          THE COURT:  I don't want to change it again.

14          MR. HARJANI: Yeah.

15          THE COURT:  I mean, I actually, especially starting

16    in the New Year, I have a lot of trials.

17          MR. HAVEY: We'll find --

18          MR. HARJANI:  We'll find lawyers to try it one way

19    or the other.  My trials might get moved, of course.  They

20    often do.  And then, if not, we'll find somebody.

21          THE COURT:  Well, that's right.  Okay.  Then we'll

22    make it -- if this is all right with everybody, we'll make it

23    December 3rd.  We'll exclude time with -- a nod of the head

24    doesn't get picked up.

25          MR. KUTNICK:  I was waiting for you to finish

1    talking, your Honor, then I will talk.

2           THE COURT:  Okay.  Don't come in and ask me to

3    change it again --

4           MR. KUTNICK:  Understood.

5           THE COURT:  -- if somebody wants to set another

6    trial.  And, I mean, I also know those state trials, chances

7    of them going, I mean -- but, anyway.

8           MR. KUTNICK:  I agree with you, your Honor.

9    Sometimes they do fall through.  But these are things that --

10           THE COURT:  Judging by the ones that we wait on --

11           MR. KUTNICK:  Sure.

12           THE COURT:  -- I would say they -- sometimes it

13    looks like they all do, but.

14           MR. KUTNICK:  Your Honor, thank you.  That's a good

15    week for me.

16           THE COURT:  Okay.

17           MR. KUTNICK:  We agree to -- we have no objection

18    to exclusion of time, of course.  So it would be Monday,

19    December 3rd.

20           THE COURT:  Okay.  Well, I suppose I could set

21    right now that I want proposed voir dire, proposed jury

22    instructions by -- any motions in limine, judging by what you

23    people are talking about, I would really like this early.  I

24    mean, I don't care about -- the proposed instruction,

25    proposed voir dire, if you get to me by November 15th, that's

1   fine.  But if there are any motions in limine, I want those

2   by November 2nd, please, so that we can deal with any issues.

3   I hope there aren't going to be, but I don't know.  And I

4   think I'll set a pretrial conference for -- well, I could set

5   it for you the 16th or the 19th of November.

6            MR. KUTNICK:  How about the 19th, your Honor?

7            THE COURT:  Okay.  We'll say 1:30 that day?

8            MR. KUTNICK:  That would be fine.

9            THE COURT:  Who is it that's going out of the

10  country?

11           MR. HARJANI: Mr. Havey is going on an overseas

12  detail.

13           THE COURT:  What is that?

14           MR. HAVEY:  I'm sorry?

15           THE COURT:  What does that mean?

16           MR. HAVEY:  I'm going to be out of the office in a

17  foreign country doing some work for DOJ, so, for a while.  I

18  won't -- I won't be back by the time of this trial, Judge,

19  so.

20           THE COURT:  That makes it sound interesting.

21           MR. HAVEY:  All right.  Thank you very much, Judge.

22           MR. HARJANI: Thank you, your Honor.

23           MR. KUTNICK:  Thank you, Judge.

24       (Which were all the proceedings heard.)

25

1                                    CERTIFICATE

2         I certify that the foregoing is a correct transcript

3  from the record of proceedings in the above-entitled matter.

4

5  /s/ *SANDRA M. MULLIN*                    November 6, 2019

6  SANDRA M. MULLIN, CSR, RMR, FCRR
     Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25