```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

UNITED STATES OF AMERICA     )  Docket No. 17 CR 281-1
                             )
            Plaintiff,       )  Chicago, Illinois
                             )  January 19, 2018
       v.                    )  10:07 a.m.
                             )
CARLOS A. MEZA,              )
                             )
            Defendant.       )
```

TRANSCRIPT OF PROCEEDINGS - Hearing
BEFORE THE HONORABLE ELAINE E. BUCKLO

APPEARANCES:

For the Government:   JOHN R. LAUSCH, JR.,
                      United States Attorney
                      MR. BRIAN R. HAVEY
                      219 South Dearborn Street
                      Chicago, IL 60604

For the Defendant:    MR. JOSHUA B. KUTNICK
                      900 West Jackson Boulevard
                      Chicago, IL 60607

Court Reporter:       LISA H. BREITER, CSR, RMR, CRR

1    (In open court.)

2    THE CLERK: 17 CR 281-1, USA vs. Carlos Meza.

3    MR. HAVEY: Good morning, Judge. Brian Havey on
4    behalf of the United States.

5    MR. KUTNICK: Good morning, Your Honor. Joshua
6    Kutnick on behalf of Carlos Meza, who is here present in court.

7    THE COURT: Okay. So what are we going to do with
8    this case?

9    MR. KUTNICK: Judge, Mr. Meza and I have had extensive
10   conversations. We have begun to go through the discovery, and
11   Mr. Meza is indicating that he would -- at this point that he's
12   going to want to go trial on the case.

13   However, I would not like to set a trial date yet, and
14   the reason for that is twofold. Number one, I have yet to have
15   any fruitful communications with Mr. Murphy regarding what, if
16   any, documents he has in his possession from Mr. Meza. Also,
17   what documents he may have tendered to the government.

18   And then also, Your Honor, given the voluminous amount
19   of records involved in this case, it is going to take Mr. Meza
20   and I some time to produce to the government documents that we
21   intend to rely upon in defense.

22   THE COURT: Well, on October 19th, you told me a few
23   months ago you needed time to go through discovery and talk to
24   the previous attorney.

25   You are telling me you haven't done that?

1   MR. KUTNICK:  I haven't done that yet, Your Honor.
2   THE COURT:  And the last time I said that this time I
3   was either going to set a date for a plea or I'll set a trial
4   date.
5   MR. KUTNICK:  Your Honor, in my discussions with
6   Mr. Meza, this is a -- it's a defense we're going to have to
7   put together, and that is going to take some time to construct,
8   to organize and to give the documents to the government as
9   necessary.  I know --
10  THE COURT:  I think you're obligated to give the
11  government anything, are you?
12  MR. KUTNICK:  Well, if we intend to rely upon
13  something, use it as an exhibit, things of that nature, we
14  would want to make sure that those were at least presented to
15  them in advance of trial.
16  Your Honor, one other thing.  Mr. Meza also has a
17  state case that I'm representing him on.  It's not the same
18  victims.  It's a bit different.  But that as well has been
19  something that's been -- we've been engaged with.  It's in
20  McHenry County.  So, Your Honor, I'm not doing nothing here.
21  I've actually been really working hard on this.
22  One of the major pieces of discovery, we were just
23  recently able to open with the help of the paralegal from the
24  U.S. Attorney's Office.  It was just this week actually.
25  And so, Your Honor, I mean, given the number of the

1  documents in this case and the relatively complexity of the
2  defense that we would be putting forward, we need some time to
3  just -- to build everything and put it together.
4      THE COURT:  How long of a trial?
5      MR. HAVEY:  Three days.
6      THE COURT:  Three days?
7      MR. HAVEY:  I'm speaking from the government's
8  perspective, Judge.  I don't know --
9      THE COURT:  Well, obviously you can only speak from
10 the government's perspective.  I wanted to know whether you --
11     MR. HAVEY:  Whatever documents Mr. Meza and his
12 attorney provided to us, we provided to the defense.  So --
13     THE COURT:  What?
14     MR. HAVEY:  Whatever documents Mr. Meza had were
15 produced to us including documents that Mr. Murphy provides us,
16 we reproduced to Mr. Kutnick, just for the record, Judge.
17     THE COURT:  All right.  Well, I'm going to set a trial
18 date.  It's not regardless going to be any time terribly soon.
19 Well, I should really want it soon.  Obviously you don't.
20 July.
21     MR. KUTNICK:  Your Honor, I mean, I don't have a trial
22 date yet on the state case, but I mean if --
23     THE COURT:  I'm not waiting on any state case.
24     MR. KUTNICK:  I understand.
25     THE COURT:  That could be five years.  They apparently

1  don't have speedy trial issues there. I mean, yes, you can
2  waive it, but the government has some rights, too.
3      MR. HAVEY:  That's fine, Judge.
4      MR. KUTNICK:  If we're going to do July, Your Honor, I
5  would just ask maybe that we go toward the end of July.
6      THE COURT:  All right. July 23rd.
7      MR. HAVEY:  That's fine, Your Honor.
8      THE COURT:  Okay. I take it from what you're saying
9  this could change. So I would like to have you back for a -- I
10 will exclude -- set that for the trial date and I will exclude
11 time until then for preparation.
12     I'd like you back in May to tell me if anything's
13 changed. Maybe if you find out that you don't -- okay, why
14 don't you come back, how about May 10th?
15     MR. HAVEY:  That's fine, Your Honor.
16     THE COURT:  All right. We'll see you for a status
17 then.
18     MR. HAVEY:  Thank you, Judge.
19     MR. KUTNICK:  That's fine.
20     THE COURT:  Thank you.
21    (Concluded at 10:13 )
22              C E R T I F I C A T E
23   I certify that the foregoing is a correct transcript of the
24 record of proceedings in the above-entitled matter.
25 /s/ LISA H. BREITER                          May 11, 2020